177 A.3d 127

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANDREW ALFORD, A/K/A ALFRED ANDREW L. BROCKINGTON, ALFORD ANDREW L., ALFORD ANDREW, BROCKINGTON AMOS, BROCKINGTON ALFORD, ALFORD DAMON, AND ALFRED ANDREW, DEFENDANT–PETITIONER.

C–456 September Term 2017
079770

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001446–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.